**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Erica Lynn Schmidt fka Erica Schmidt      CHAPTER 13
Debtor(s)

BKY. NO. 23-12185 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
26 Jul 2023, 16:59:42, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: a428be5cb1e4bb6fe5a85378e8a3b68e59b6c79f1c9910295d288d676180cfbd