**Optum Services, Inc**
OPERATING AS: OPTUM
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN  55343

| | |
|---|---|
| Pay Group: | O18-OSI Bi-Weekly Payroll |
| Pay Begin Date: | 04/23/2023 |
| Pay End Date: | 05/06/2023 |
| | (800)561-0861 |

| | |
|---|---|
| Business Unit: | UHGID |
| Advice #: | 000000054887973 |
| Advice Date: | 05/12/2023 |
| Employer ID: | 454683454 |

| TAX DATA: | Federal | PA State Resident | PA State Work |
|---|---|---|---|
| **ERICA LYNN MEYERS** | | | |
| 343 W WALNUT ST | | | |
| POTTSTOWN, PA  19464 | | | |

| | | | |
|---|---|---|---|
| Employee ID: | 001056967 | | |
| Department: | 85930-OptumRx Workers Comp | | |
| Location: | PA TELECOMMUTER | | |
| Job Title: | Clnt Svc Anlyst | | |
| Pay Rate: | $31.101346 Hourly | | |
| FLSA Status: | Nonexempt | | |

| | Federal | PA State Resident | PA State Work |
|---|---|---|---|
| Marital Status: | Married | N/A | N/A |
| Allowances: | 1 | N/A | 0 |
| % Gross AZ: | | | |
| Addl. | | | |
| Amount: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Planned PTO | 31.101346 | 8.00 | 248.81 | 100.00 | 3,059.49 |
| Regular | 31.101346 | 72.00 | 2,239.29 | 675.00 | 20,815.23 |
| Company Paid Holiday Hours | | | 0.00 | 24.00 | 731.79 |
| Overtime | | | 0.00 | 0.95 | 43.45 |
| Unplanned PTO | | | 0.00 | 1.00 | 30.49 |
| Rewarding Results      Y | | | 0.00 | | 1,167.00 |
| **TOTAL:** | | **80.00** | **2,488.10** | **800.95** | **25,847.45** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 174.46 | 1,910.86 |
| Fed MED/EE | 34.13 | 355.39 |
| Fed OASDI/EE | 145.97 | 1,519.62 |
| PA Unempl EE | 1.74 | 18.09 |
| PA Withholdng | 72.18 | 751.46 |
| PA POTTSTOWN Withholdng | 23.51 | 244.76 |
| PA POTTSTOWN LS Tax | 2.00 | 20.00 |
| **TOTAL:** | **453.99** | **4,820.18** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 24.88 | 258.47 |
| Dental Pre-Tax | 24.54 | 245.40 |
| Health Savings Account | 19.23 | 192.30 |
| Medical Pre-Tax | 82.62 | 826.20 |
| Vision Pre-Tax | 10.68 | 106.80 |
| **TOTAL:** | **161.95** | **1,629.17** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child(ren) Supplemental Life | 0.39 | 3.90 |
| Critical Illness-Child | 0.09 | 0.90 |
| Critical Illness-Employee | 0.78 | 7.80 |
| Supplemental EE AD&D | 0.30 | 3.00 |
| Supp Life After-Tax | 1.56 | 15.60 |
| **TOTAL:** | **3.12** | **31.20** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 24.88 | 258.47 |
| Employer Contribution HSA | 38.46 | 384.60 |
| HSA Contribution Reward | 200.00 | 300.00 |
| GTL Imputed Income* | 3.32 | 33.20 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,488.10 | 2,329.47 | 453.99 | 165.07 | 1,869.04 |
| YTD | 25,847.45 | 24,251.48 | 4,820.18 | 1,660.37 | 19,366.90 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 81.15 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000054887973 | Checking | ***2005 | 1,869.04 |
| **TOTAL:** | | | **1,869.04** |

**Optum Services, Inc**
OPERATING AS:  OPTUM
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN  55343

| | |
|---|---|
| Pay Group: | O18-OSI Bi-Weekly Payroll |
| Pay Begin Date: | 05/07/2023 |
| Pay End Date: | 05/20/2023 |
| (800)561-0861 | |

| | |
|---|---|
| Business Unit: | UHGID |
| Advice #: | 000000055130185 |
| Advice Date: | 05/26/2023 |
| Employer ID: | 454683454 |

| ERICA LYNN MEYERS | Employee ID: | 001056967 |
|---|---|---|
| 343 W WALNUT ST | Department: | 85930-OptumRx Workers Comp |
| POTTSTOWN, PA 19464 | Location: | PA TELECOMMUTER |
| | Job Title: | Clnt Svc Anlyst |
| | Pay Rate: | $31.101346 Hourly |
| | FLSA Status: | Nonexempt |

| TAX DATA: | Federal | PA State Resident | PA State Work |
|---|---|---|---|
| Marital Status: | Married | N/A | N/A |
| Allowances: | 1 | N/A | 0 |
| % Gross AZ: | | | |
| Addl. Amount: | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Regular | 31.101346 | 72.00 | 2,239.29 | 747.00 | 23,054.52 | Fed Withholdng | | 174.46 | 2,085.32 |
| Planned PTO | 31.101346 | 8.00 | 248.81 | 108.00 | 3,308.30 | Fed MED/EE | | 34.14 | 389.53 |
| Company Paid Holiday Hours | | | 0.00 | 24.00 | 731.79 | Fed OASDI/EE | | 145.97 | 1,665.59 |
| Overtime | | | 0.00 | 0.95 | 43.45 | PA Unempl EE | | 1.74 | 19.83 |
| Unplanned PTO | | | 0.00 | 1.00 | 30.49 | PA Withholdng | | 72.18 | 823.64 |
| Rewarding Results      Y | | | 0.00 | | 1,167.00 | PA POTTSTOWN Withholdng | | 23.51 | 268.27 |
| | | | | | | PA POTTSTOWN LS Tax | | 2.00 | 22.00 |
| **TOTAL:** | | **80.00** | **2,488.10** | **880.95** | **28,335.55** | **TOTAL:** | | **454.00** | **5,274.18** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(K) Savings Plan | 24.88 | 283.35 | Child(ren) Supplemental Life | 0.39 | 4.29 | 401(K) Savings Plan | 24.88 | 283.35 |
| Dental Pre-Tax | 24.54 | 269.94 | Critical Illness-Child | 0.09 | 0.99 | Employer Contribution HSA | 38.46 | 423.06 |
| Health Savings Account | 19.23 | 211.53 | Critical Illness-Employee | 0.78 | 8.58 | GTL Imputed Income* | 3.32 | 36.52 |
| Medical Pre-Tax | 82.62 | 908.82 | Supplemental EE AD&D | 0.30 | 3.30 | HSA Contribution Reward | 0.00 | 300.00 |
| Vision Pre-Tax | 10.68 | 117.48 | Supp Life After-Tax | 1.56 | 17.16 | | | |
| **TOTAL:** | **161.95** | **1,791.12** | **TOTAL:** | **3.12** | **34.32** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,488.10 | 2,329.47 | 454.00 | 165.07 | 1,869.03 |
| YTD | 28,335.55 | 26,580.95 | 5,274.18 | 1,825.44 | 21,235.93 |

| LEAVE PLAN | |
|---|---|
| Paid Time Off: | 81.77 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000055130185 | Checking | ***2005 | 1,869.03 |
| **TOTAL:** | | | **1,869.03** |

| Optum Services, Inc<br>OPERATING AS:  OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN  55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br><br>(800)561-0861 | O18-OSI Bi-Weekly Payroll<br>05/21/2023<br>06/03/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br><br>Employer ID: | UHGID<br>000000055372262<br>06/09/2023<br><br>454683454 |

| | | | TAX DATA: | Federal | PA State Resident | PA State Work |
|---|---|---|---|---|---|---|
| ERICA LYNN MEYERS<br>343 W WALNUT ST<br>POTTSTOWN, PA  19464 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate:<br>FLSA Status: | 001056967<br>85930-OptumRx Workers Comp<br>PA TELECOMMUTER<br>Clnt Svc Anlyst<br>$31.101346 Hourly<br>Nonexempt | Marital Status:<br>Allowances:<br>% Gross AZ:<br>Addl.<br>Amount: | Married<br>1 | N/A<br>N/A | N/A<br>0 |

### HOURS AND EARNINGS / TAXES

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular | 31.101346 | 72.00 | 2,239.29 | 819.00 | 25,293.81 | Fed Withholdng | 174.46 | 2,259.78 |
| Company Paid Holiday Hours | 31.101346 | 8.00 | 248.81 | 32.00 | 980.60 | Fed MED/EE | 34.14 | 423.67 |
| Overtime | | | 0.00 | 0.95 | 43.45 | Fed OASDI/EE | 145.97 | 1,811.56 |
| Planned PTO | | | 0.00 | 108.00 | 3,308.30 | PA Unempl EE | 1.75 | 21.58 |
| Unplanned PTO | | | 0.00 | 1.00 | 30.49 | PA Withholdng | 72.18 | 895.82 |
| Rewarding Results        Y | | | 0.00 | | 1,167.00 | PA POTTSTOWN Withholdng | 23.51 | 291.78 |
| | | | | | | PA POTTSTOWN LS Tax | 2.00 | 24.00 |
| TOTAL: | | 80.00 | 2,488.10 | 960.95 | 30,823.65 | TOTAL: | 454.01 | 5,728.19 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 401(K) Savings Plan | 24.88 | 308.23 | Child(ren) Supplemental Life | 0.39 | 4.68 | 401(K) Savings Plan | 24.88 | 308.23 |
| Dental Pre-Tax | 24.54 | 294.48 | Critical Illness-Child | 0.09 | 1.08 | Employer Contribution HSA | 38.46 | 461.52 |
| Health Savings Account | 19.23 | 230.76 | Critical Illness-Employee | 0.78 | 9.36 | GTL Imputed Income* | 3.32 | 39.84 |
| Medical Pre-Tax | 82.62 | 991.44 | Supplemental EE AD&D | 0.30 | 3.60 | HSA Contribution Reward | 0.00 | 300.00 |
| Vision Pre-Tax | 10.68 | 128.16 | Supp Life After-Tax | 1.56 | 18.72 | | | |
| TOTAL: | 161.95 | 1,953.07 | TOTAL: | 3.12 | 37.44 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,488.10 | 2,329.47 | 454.01 | 165.07 | 1,869.02 |
| YTD | 30,823.65 | 28,910.42 | 5,728.19 | 1,990.51 | 23,104.95 |

### LEAVE PLAN / NET PAY DISTRIBUTION

| LEAVE PLAN | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Paid Time Off: | 90.38 | | Payment Type | Account Type | Account Number | Amount |
| Purchased PTO: | 0.00 | | Advice #000000055372262 | Checking | ***2005 | 1,869.02 |
| Sick: | 0.00 | | | | | |
| Personal: | 0.00 | | | | | |
| | | | TOTAL: | | | 1,869.02 |

Please note that overtime is calculated after 40 hours worked in a week. Holiday pay and PTO are not considered hours worked.

| Optum Services, Inc<br>OPERATING AS: OPTUM<br>ATTN−OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>(800)561-0861 | O18-OSI Bi-Weekly Payroll<br>06/04/2023<br>06/17/2023 | Business Unit:<br>Advice #:<br>Advice Date:<br>Employer ID: | UHGID<br>000000055613572<br>06/23/2023<br>454683454 |

| | TAX DATA: | Federal | PA State Resident | PA State Work |
|---|---|---|---|---|
| ERICA LYNN MEYERS<br>343 W WALNUT ST<br>POTTSTOWN, PA 19464 | Employee ID: 001056967<br>Department: 85930-OptumRx Workers Comp<br>Location: PA TELECOMMUTER<br>Job Title: Clnt Svc Anlyst<br>Pay Rate: $31.101346 Hourly<br>FLSA Status: Nonexempt | Marital Status: Married<br>Allowances: 1<br>% Gross AZ:<br>Addl.<br>Amount: | N/A<br>N/A | N/A<br>0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 31.101346 | 80.00 | 2,488.10 | 899.00 | 27,781.91 |
| Company Paid Holiday Hours | | 0.00 | | 32.00 | 980.60 |
| Overtime | | 0.00 | | 0.95 | 43.45 |
| Planned PTO | | 0.00 | | 108.00 | 3,308.30 |
| Unplanned PTO | | 0.00 | | 1.00 | 30.49 |
| Rewarding Results        Y | | 0.00 | | | 1,167.00 |
| **TOTAL:** | | **80.00** | **2,488.10** | **1,040.95** | **33,311.75** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 174.46 | 2,434.24 |
| Fed MED/EE | 34.14 | 457.81 |
| Fed OASDI/EE | 145.97 | 1,957.53 |
| PA Unempl EE | 1.74 | 23.32 |
| PA Withholdng | 72.18 | 968.00 |
| PA POTTSTOWN Withholdng | 23.51 | 315.29 |
| PA POTTSTOWN LS Tax | 2.00 | 26.00 |
| **TOTAL:** | **454.00** | **6,182.19** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 24.88 | 333.11 |
| Dental Pre-Tax | 24.54 | 319.02 |
| Health Savings Account | 19.23 | 249.99 |
| Medical Pre-Tax | 82.62 | 1,074.06 |
| Vision Pre-Tax | 10.68 | 138.84 |
| **TOTAL:** | **161.95** | **2,115.02** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child(ren) Supplemental Life | 0.39 | 5.07 |
| Critical Illness-Child | 0.09 | 1.17 |
| Critical Illness-Employee | 0.78 | 10.14 |
| Supplemental EE AD&D | 0.30 | 3.90 |
| Supp Life After-Tax | 1.56 | 20.28 |
| **TOTAL:** | **3.12** | **40.56** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(K) Savings Plan | 24.88 | 333.11 |
| Employer Contribution HSA | 38.46 | 499.98 |
| GTL Imputed Income* | 3.32 | 43.16 |
| HSA Contribution Reward | 0.00 | 300.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,488.10 | 2,329.47 | 454.00 | 165.07 | 1,869.03 |
| YTD | 33,311.75 | 31,239.89 | 6,182.19 | 2,155.58 | 24,973.98 |

## LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 99.00 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |
| Personal: | 0.00 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000055613572 | Checking | ***2005 | 1,869.03 |
| **TOTAL:** | | | **1,869.03** |