**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Erica Lynn Meyers, | : | Chapter 13 |
| Debtor | : | Case No.:  23-12185-mdc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed October 3, 2023 was forwarded to the following parties, as follows:

*Via First Class Mail on October 3, 2023:*

All other creditors not otherwise served via ECF

*Via Electronic Filing (ECF) on October 3, 2023:*

Mark A. Cronin, Esquire on behalf of DLJ Mortgage Capital, Inc.
bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:  /s/ *Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com
Date:  October 3, 2023            Counsel for Debtor

1