UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                             CASE NO.: 23-12185
                                                                                       CHAPTER 13

Erica Lynn Meyers,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                   Attorney for Secured Creditor
                                   130 Clinton Rd #202
                                   Fairfield, NJ 07004
                                   Telephone: 470-321-7112
                                   Facsimile: 404-393-1425

                               By: /s/Robert Shearer
                                     Robert Shearer
                                     Email: rshearer@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ERICA LYNN MEYERS
343 W WALNUT STREET
POTTSTOWN, PA 19464

And via electronic mail to:

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Emily Cheng