# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Erica Lynn Meyers | : | Chapter 13 |
| fka Erica Schmidt, | : | |
| Debtor | : | Case No.:  23-12185-amc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, hereby certify that a true and correct copy of Debtor's Response to Movant's Motion for Relief from the Automatic Stay was forwarded to the following parties on November 20, 2024:

***via Electronic Filing (ECF):***

Denise Elizabeth Carlon, Esquire on behalf of DLJ Mortgage Capital, Inc.
bkgroup@kmllawgroup.com

Michelle L. McGowan, Esquire on behalf of U.S. Bank Trust National Association
mimcgowan@raslg.com

Robert Brian Shearer, Esquire on behalf of U.S. Bank Trust National Association
rshearer@raslg.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ROSS, QUINN & PLOPPERT, P.C.

By: */s/ Joseph Quinn*
 Joseph Quinn, Esquire
 Attorney I.D. No. 307467
 192 S. Hanover Street, Suite 101
 Pottstown, PA 19464
 JQuinn@rqplaw.com
 Counsel for Debtor

Date: November 20, 2024