**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**                                                                **CHAPTER 13**
                                                                          **CASE NO.: 23-12185-amc**

**Erin Lynn Meyers**

**Fka Erica Schmidt**

   **Debtor,**

_____/

**U.S. BANK TRUST NATIONAL**
**ASSOCIATION, NOT IN ITS INDIVIDUAL**
**CAPACITY BUT SOLELY AS OWNER**
**TRUSTEE FOR RCF 2 ACQUISITION TRUST**
    **Movant,**

**v.**

**Erin Lynn Meyers**

**Fka Erica Schmidt**

**Christopher W Meyers**

**Kenneth E. West**

    **Respondents.**

_____/

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

## AND CO-DEBTOR STAY

AND NOW, this 13th   day of Feb.   , 2025, upon consideration of U.S. BANK TRUST

NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS

OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's Motion for Relief from Automatic

Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not

necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are

hereby unconditionally terminated with respect to U.S. BANK TRUST NATIONAL

ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER

TRUSTEE FOR RCF 2 ACQUISITION TRUST; and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS

INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION

TRUST, its successors and/or assignees be entitled to proceed with appropriate state court

remedies against the property located at 343 West Walnut Street, Pottstown, PA 19464, including

without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS

INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION

TRUST request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____

U.S. Bankruptcy Court Judge