THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Erica Lynn Meyers, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 23-12185-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's Motion to Reconsider the Order Granting Motion for Relief From Stay entered on February 21, 2025 along with Notice of Motion, was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on February 21, 2025:*

All other creditors not otherwise notified electronically listed on the mailing matrix.

*Via Electronic Filing (ECF) on February 21, 2025:*

Denise Elizabeth Carlon on behalf of Creditor DLJ Mortgage Capital, Inc.
bkgroup@kmllawgroup.com

Michelle L. McGowan on behalf of Creditor U.S. Bank Trust National Association
mimcgowan@raslg.com

Robert Brian Shearer on behalf of Creditor U.S. Bank Trust National Association
rshearer@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

**ROSS, QUINN & PLOPPERT, P.C.**

By:   */s/ Joseph Quinn*
         Joseph Quinn, Esquire
         Attorney I.D. No. 307467
         192 S. Hanover Street, Suite 101
         Pottstown, PA 19464
         T: 610.323.5300
         F: 610.323.6081
         JQuinn@rqplaw.com
Date:  February 21, 2025          Counsel for Debtor

1