THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Erica Lynn Meyers, | Chapter 13 |
| Debtor | Bankruptcy No.: 23-12185-amc |

### ORDER

AND NOW, after review of the motion to reconsider order granting relief from the stay, notice of the motion, and opportunity for hearing, it is hereby

ORDERED that the Order entered by this Court on February 13, 2025, lifting the bankruptcy stay for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST is hereby **VACATED**.

Date:  March 12, 2025

BY THE COURT:

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE