United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12185-amc |
| Erica Lynn Meyers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 13, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

**Recip ID        Recipient Name and Address**
db            + Erica Lynn Meyers, 343 W Walnut Street, Pottstown, PA 19464-6425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

**Name            Email Address**

DENISE ELIZABETH CARLON
                on behalf of Creditor DLJ Mortgage Capital Inc. bkgroup@kmllawgroup.com

JOSEPH L QUINN
                on behalf of Debtor Erica Lynn Meyers CourtNotices@rqplaw.com

KENNETH E. WEST
                ecfemails@ph13trustee.com philaecf@gmail.com

MICHELLE L. MCGOWAN
                on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 13, 2025 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Erica Lynn Meyers,<br>    Debtor | Chapter 13<br>Bankruptcy No.: 23-12185-amc |

### ORDER

AND NOW, after review of the motion to reconsider order granting relief from the stay, notice of the motion, and opportunity for hearing, it is hereby

ORDERED that the Order entered by this Court on February 13, 2025, lifting the bankruptcy stay for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST is hereby **VACATED**.

Date: March 12, 2025

BY THE COURT:

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE