UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Erin Lynn Meyers,<br><br>f/k/a Erica Schmidt,<br><br>  Debtor.<br>_____/ | CHAPTER 13<br>CASE NO.: 23-12185-amc<br><br>**Hearing Date: September 16, 2025**<br>**Hearing Time: 11:00AM**<br>**Hearing Location: 900 Market Street, Courtroom 4, Philadelphia, PA  19107** |

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

    Movant,

        v.

Erin Lynn Meyers,

    Debtor/Respondent,

Christopher W. Meyers

    Co-Debtor/Respondent,

Kenneth E. West,

    Trustee/Additional Respondent.
_____/

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY, RESPONSE DEADLINE AND HEARING DATE

    U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **August 28,**

**2025, you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

    (a) File an answer explaining your position at: Office of the Clerk of the Court, U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the Movant's attorney:

        Sherri R. Dicks
        Robertson, Schneid, Crane & Partners, PLLC
        Attorneys for Movant
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        PA Bar Number 90600
        Email: sdicks@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the Motion is scheduled to be held before **Judge Ashely M. Chan on September 16, 2025 at 11:00AM in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: August 13, 2025

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Attorneys for Movant
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        By: /s/ Sherri R. Dicks
            SHERRI R. DICKS
        PA Bar Number 90600
        Email: sdicks@raslg.com