**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:                                                                                                  CASE NO.: 23-12185
                                                                                                         CHAPTER 13

Erin Lynn Meyers,
f/k/a Erica Schmidt,
    Debtor.
_____/

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE
FOR RCF 2 ACQUISITION TRUST,
    Movant,

        v.

Erin Lynn Meyers,
    Debtor/Respondent,

Christopher W. Meyers,
    Co-Debtor/Respondent,

Kenneth E. West,
    Trustee/Additional Respondent.
_____/

**CERTIFICATE OF NO RESPONSE**

**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST** ("Secured Creditor"), filed a Motion for Relief from the Automatic Stay, dated August 13, 2025 (at Docket Entry No. 41) pursuant to Local Rule 4001-1(C). Secured Creditor represents:

1. The motion and proposed order were timely served on all interested parties pursuant to the referenced rule, as is shown on the Certificate of Service filed with the motion.

2. The deadline for a response was August 28, 2025.

3. No objections to or requests for hearing on the motion have been received, and as of September 15, 2025, a review of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been filed.

4. Movant therefore seeks the entry of an order granting the requested relief.

Dated: September 15, 2025

                                         **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/Sherri R. Dicks
Sherri R. Dicks
PA Bar Number 90600
Email: sdicks@raslg.com